RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
RAYCHELLE IVORY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYCHELLE IVORY ,<br><br>Defendant. | Case No.: 2:15-CR-017-JAD-VCF<br><br>**STIPULATION TO EXTEND**<br>**REPLY DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and MONIQUE KIRTLEY, Assistant Federal Public Defender, counsel for RAYCHELLE IVORY, that the Previously Scheduled Reply Deadline of June 1, 2015 for Motion to Suppress (#37) be extended for four (4) days to and including June 5, 2015.

This Stipulation is entered into for the following reasons:

1. The client is in custody but does not oppose the continuance.

2. Defense counsel was out of the jurisdiction when the response was filed Tuesday, May 26, 2015 and needs additional time to research and prepare the reply. PACER set the Reply deadline for Monday, June 1, 2015.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to draft a specific reply.

1

4.  Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare, taking into account the exercise of due diligence.

5.  This is the first stipulation to extend the reply deadline filed herein.

DATED: June 1, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By:  /s/ Monique Kirtley<br>     MONIQUE KIRTLEY,<br>     Assistant Federal Public Defender | By:  /s/ Phillip N. Smith, Jr.<br>     PHILLIP N. SMITH, JR.,<br>     Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>RAYCHELLE IVORY ,<br>    Defendant. | Case No.: 2:15-CR-017-JAD-VCF<br><br>ORDER |

Based on the stipulation of counsel, for all of the above-stated reasons, the ends of justice and judicial economy would best be served by granting the requested extension to file reply.

**ORDER**

IT IS THEREFORE ORDERED, that the Previously Scheduled Reply Deadline of June 1, 2015 for Motion to Suppress (#37) be extended for four (4) days to and including Friday, June 5, 2015.

DATED __2nd__ day of __June__, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3