# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00017-JAD-VCF |
| vs. | **ORDER** |
| RAYCHELLE IVORY, | |
| Defendant. | |

Before the court is the Motion to Reopen Detention Hearing (#62).

IT IS HEREBY ORDERED that a hearing on the Motion to Reopen Detention Hearing (#62) is scheduled for 11:00 a.m., November 25, 2015, in courtroom 3D. Any opposition to the Motion to Reopen Detention Hearing (#62) must be filed on or before November 20, 2015. No reply necessary.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 12th day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE